# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ARTURO C. GUZMAN,

        Petitioner,

v.

PATWIN HORN[1], Acting Warden

        Respondent.

Case No. 5:24-cv-1997-VBF-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

      Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

---

[1] Patwin Horn, the acting warden of Kern Valley State Prison where Petitioner is housed, is substituted in under Federal Rule of Civil Procedure 25(d) as the proper Respondent.

1     IT IS ORDERED that Judgment be entered denying the petition
2 and dismissing this action with prejudice.
3
4     DATE: September 30, 2025      /s/ Valerie Baker Fairbank
5     _____      _____
    HON. VALERIE BAKER FAIRBANK
6     SENIOR U.S. DISTRICT JUDGE