JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO C. GUZMAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATWIN HORN[1], Acting Warden<br><br>　　　　　Respondent. | Case No. 5:24-cv-1997-VBF-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: September 30, 2025

/s/ Valerie Baker Fairbank
_____
HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE

---

[1] Patwin Horn, the acting warden of Kern Valley State Prison where Petitioner is housed, is substituted in under Federal Rule of Civil Procedure 25(d) as the proper Respondent.